1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, California  91367
   Tel:   (818) 347-3333; Fax: (818) 347-4118
4
   RANDOLPH & ASSOCIATES
5  Donald C. Randolph (SBN 62468)
   albert@randolphassociates.com
6  1717 Fourth Street, Third Floor
   Santa Monica, CA 90401
7  Tel: (310) 395-7900; Fax: (310) 395-1833

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAVID POWELL, SR., individually and as a successor-in-interest to David Powell, Jr., deceased; ROSEMARY RENTERIA, individually and as a successor-in-interest to David Powell, Jr., deceased, LORETTA CHAVEZ, individually; and G.L., a minor, individually, by and through his guardian *ad litem* Loretta Chavez,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BARSTOW; JUAN ZEPEDA; ANDREW BUESA; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 5:16-cv-01472-JGB-KK<br><br>**NOTICE OF ERRATA RE FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>*[corrected copy of First Amended Complaint filed concurrently herewith]* |
|---|---|

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that Plaintiffs are resubmitting their First Amended Complaint to correct the following errors: (1) Attorney Albert Oganesyan should be removed from the caption; (2) in paragraph 23 of Plaintiffs'

1  First Amended Complaint, the date should read "September 14, 2015," as opposed
2  to "September 14, 2016." Plaintiffs have corrected these errors in the attached copy
3  of Plaintiffs' First Amended Complaint. Plaintiffs respectfully request that this copy
4  of their First Amended Complaint be considered the operative complaint.

6  DATED: November 18, 2016         LAW OFFICES OF DALE K. GALIPO
                                    RANDOLPH & ASSOCIATES

                                    By  */s/ Dale K. Galipo*
                                    Dale K. Galipo
                                    Don Randolph
                                    Attorneys for Plaintiffs