Name, Address and Telephone Number of Attorney(s):

Richard T. Copeland, Esq. (SBN 213605)
CONFLICT SOLUTION SERVICES
450 N. Brand Boulevard, Suite 600
Glendale, California 91203
(310) 968-6070

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POWELL, SR., et.al.<br><br>Plaintiff(s)<br>v.<br>CITY OF BARSTOW, et.al.<br><br>Defendant(s). | CASE NUMBER<br>16-CV-1472-JGB<br><br>**MEDIATION REPORT** |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): May 15, 2017 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

       ☐ Plaintiff or plaintiff's representative failed to appear.

       ☐ Defendant or defendant's representative failed to appear.

       ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on May 15, 2017 (date).

   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ Yes, partially, and further facilitated discussions are **not** expected.

   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties? _____ .

Dated: May 16, 2017

*Signature of Mediator*

Richard T. Copeland
Name of Mediator (print)

The Mediator is to electronically file original document.